MDR

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sulaiman Alqishawi,

Petitioner,

v.

Warden L. Rosa, Jr., et al.,

Respondents.

No. CV-25-03935-PHX-GMS (JFM)

**ORDER**

When self-represented Petitioner Sulaiman Alqishawi was confined in the Central Arizona Florence Correctional Complex, he filed an unsigned Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and paid the filing fee. In an October 29, 2025 Order, the Court gave Petitioner 30 days to submit a signed certificate certifying his signature on the certificate would serve as an original signature, under penalty of perjury, on his § 2241 Petition. The Court warned Petitioner that the Clerk of Court would dismiss this action, without prejudice, if he failed to timely file the signature certificate.

On December 1, 2025, the Clerk of Court entered a Judgment of dismissal without prejudice because the Clerk of Court had not received the signature certificate. However, that same day, Petitioner filed a signature certificate. Attached to the certificate is a letter (Doc. 6 at 3) stating Petitioner has been released from custody on bond and requesting the Court dismiss the Petition as moot because "the circumstances that formed the basis of [his] . . . petition no longer apply."

. . . .

Because this action has already been dismissed without prejudice and Judgment entered, the Court will not reopen it simply to dismiss it. The Court, therefore, will deny the letter.

**IT IS ORDERED:**

(1) Petitioner's Letter (Doc. 6 at 3) is **denied**

(2) This action must remain **closed**.

Dated this 16th day of December, 2025.

G. Murray Snow
Senior United States District Judge